UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Thomas Bragg,

    Petitioner,

v.                                 Case No. 2:12–cv–1149

Warden London Correctional        Judge Michael H. Watson
Institution,

    Respondent.

## ORDER

    Petitioner Thomas Bragg brings this action under 28 U.S.C. § 2254 challenging his conviction(s) for one count of attempted murder. This matter is before the Court on Magistrate Judge Abel's December 14, 2012 Report and Recommendation that the petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied. ECF No. 3.

    No objections to the Report and Recommendation have been filed. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

    This action is **TRANSFERRED** to the United States District Court for the Northern District of Ohio at Toledo. The Clerk of Court is **DIRECTED** to mail or

email a copy of this Order to the Attorney General of Ohio, Corrections Litigation Section, 150 E. Gay St., 16th Floor, Columbus, OH 43215.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**